UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TEXTRON INC.,
a Delaware corporation,

      Plaintiff,

v.

ONEBEACON AMERICA INSURANCE
COMPANY, a Massachusetts corporation, as
successor in interest to AMERICAN
EMPLOYERS' INSURANCE COMPANY,
COMMERCIAL UNION INSURANCE
COMPANY, and EMPLOYERS'
COMMERCIAL UNION COMPANIES,

      Defendant.

04 11928 DPW

Civil Action No. _____

## PLAINTIFF'S L.Cv.R. 7.3(a) CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.3(a) of the Local Rules for the United States District Court for

the District of Massachusetts, the undersigned counsel for Plaintiff Textron Inc. ("Textron")

certifies that Textron is a publicly held company whose stock is traded on the New York Stock

Exchange. Textron has no parent corporations. AXA, a publicly held company whose stock is

traded on the New York Stock Exchange, owned through its affiliates and subsidiaries slightly

DC: 1556695-1

more than 13% of Textron's stock as of June 31, 2004. No other publicly held company owns more than 10% of Textron's stock.

Respectfully submitted,

*/s/ Martin C. Pentz /mcj*

Martin C. Pentz (BBO# 394050)
Michelle C. Jackson (BBO# 654825)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2604
(617) 439-2000
(617) 310-9000 (fax)

Anna P. Engh, Esq.
Stuart J. Evans, Esq.
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
(202) 662-5221
(202) 778-5221 (fax)

*Counsel for Plaintiff Textron Inc.*

Dated: September 2, 2004

1358469.1