UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TEXTRON INC.,
      a Delaware corporation,

                    Plaintiff,

      v.

ONEBEACON AMERICA INSURANCE
COMPANY, a Massachusetts corporation, as
successor in interest to AMERICAN
EMPLOYERS' INSURANCE COMPANY,
COMMERCIAL UNION INSURANCE
COMPANY, and EMPLOYERS'
COMMERCIAL UNION COMPANIES,

                    Defendant.

**04  11928 DPW**

Civil Action No. _____

FILING FEE PAID: 58389
RECEIPT # _____
AMOUNT $ _____
BY DPTY CLK _____
DATE _____

## MOTION PURSUANT TO LOCAL DISTRICT COURT
## RULE 83.5.3 FOR ADMISSION *PRO HAC VICE*

Martin C. Pentz, a member in good standing of the Bar of this Court, and a member of

the law firm of Nutter, McClennen & Fish LLP, hereby moves the Court to enter an order

permitting Anna P. Engh to appear *pro hac vice* before the Court to represent the plaintiff in the

above-captioned case. In support of this motion, undersigned counsel respectfully states as

follows:

        1.       Ms. Engh is a member of the firm of Covington & Burling, which maintains an

office for the practice of law at 1201 Pennsylvania Avenue, N.W., Washington, D.C. 20004-

2401.

2.    I have attached a certificate of Ms. Engh as required by Local Rule 83.5.3(b).
This certificate indicates that Ms. Engh is in full compliance with the requirements of the local
rule for admission *pro hac vice*.

3.    The undersigned counsel requests that this Court allow the motion so that Ms.
Engh can file pleadings and appear and be heard at all proceedings in this case on behalf of the
plaintiff.

4.    I have appeared in this action on behalf of the plaintiff by signing the plaintiff's
Complaint for Declaratory Relief, Damages and Attorneys' Fees and Jury Demand.

WHEREFORE, undersigned counsel respectfully requests that the Court enter an order
permitting Anna P. Engh to appear *pro hac vice* in this case.

Respectfully submitted,

Martin C. Pentz (BBO # 394050)
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210
Tel: (617) 439-2000
Fax: (617) 310-9000

*Counsel for Plaintiff Textron Inc.*

Dated:  September 2, 2004

1358494.1

-2-

CERTIFICATE UNDER RULE 83.5.3

I, Anna P. Engh, hereby certify that (1) I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice; (2) there are no disciplinary proceedings against me as a member of the Bar in any jurisdiction; and (3) I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Anna P. Engh

Dated: September 1, 2004

1268154.1