```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

TEXTRON, INC.,
    Plaintiff

                                      CIVIL ACTION NO. 04-11928-DPW

 v.

ONEBEACON AMERICA INSURANCE COMPANY,
    Defendants

## PROCEDURAL ORDER

WOODLOCK, District Judge

    More than 20 days have elapsed since service was effected in this matter (or more than 60 days after waiver of service) and no appearance has been entered by the defendant(s).

    The Federal Rules of Civil Procedure require an answer or other responsive pleading to be filed within 20 days after service of process (or 60 days after waiver of service).

    Accordingly, counsel for plaintiff is directed to:

(1) Notify each defendant or defense counsel immediately that defendant is required to make an appearance or move for an extension of time to do so;

(2) File application for entry of default, with form of order, unless a responsive pleading is filed within 10 days; or

(3) Advise the Court in writing of any good cause why these directions should not be carried out.

    Unless appropriate action is taken within 20 days of this Order, this case is subject to dismissal for lack of prosecution.

                                        BY THE COURT,

                                        /s/ Michelle Rynne
DATED: February 25, 2005             Deputy Clerk