UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEXTRON INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>ONEBEACON AMERICA INSURANCE COMPANY,<br><br>                    Defendant. | Civil Action No. 04-11928 (DPW) |

## PLAINTIFF'S RESPONSE TO PROCEDURAL ORDER

In response to the Procedural Order issued on February 25, 2005, Plaintiff Textron Inc., by and through its attorneys, submits this update on the status of the above-captioned matter. Plaintiff hereby notifies the Court that the parties recently entered into a settlement agreement that will resolve this case in its entirety. Consistent with that agreement, Plaintiff anticipates that, within the near future, it will be filing a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

Accordingly, given that the parties have reached an agreement, and the fact that a notice of voluntary dismissal will be filed shortly, Plaintiff submits that good cause exists why the Court should not take any action with respect to this matter at this time.

Respectfully submitted,

 /s/ Michelle C. Jackson
Martin C. Pentz, Esq. (BBO# 394050)
Michelle C. Jackson, Esq. (BBO# 654825)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2604
(617) 439-2253
(617) 310-9253 (fax)

Anna P. Engh, Esq.
Stuart J. Evans, Esq.
COVINGTON & BURLING
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401
(202) 662-5221
(202) 778-5221 (fax)

*Counsel for Plaintiff Textron Inc.*

Dated:  March 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that this 8th day of March, 2005, a true and correct copy of the foregoing Plaintiff's Response to Procedural Order has been served by U.S. Mail, postage prepaid on the following:

Bradley J. Mortensen, Esq.
Christie, Pabarue, Mortensen & Young
1880 JFK Boulevard -- 10th Floor
Philadelphia, PA  19103-7424

*Counsel for Defendant*

_____
Michelle Chassereau Jackson

1409737.1