UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TEXTRON INC.,<br><br>                        Plaintiff,<br><br>v.<br><br>ONEBEACON AMERICA INSURANCE COMPANY,<br><br>                        Defendant. | Civil Action No. 04-11928 (DPW) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Textron Inc., by and through its attorneys, hereby dismisses with prejudice the above-captioned matter, each side to bear its own costs and attorneys' fees.

                                                      Respectfully submitted,

                                                   /s/ Michelle C. Jackson
                                                   Michelle C. Jackson, Esq. (BBO# 654825)
                                                   NUTTER MCCLENNEN & FISH LLP
                                                   World Trade Center West
                                                   155 Seaport Boulevard
                                                   Boston, MA  02210-2604
                                                   (617) 439-2253
                                                   (617) 310-9253 (fax)

                                                   Anna P. Engh, Esq.
                                                   Stuart J. Evans, Esq.
                                                   COVINGTON & BURLING
                                                   1201 Pennsylvania Avenue, N.W.
                                                   Washington, D.C.  20004-2401
                                                   (202) 662-5221
                                                   (202) 778-5221 (fax)

                                                 *Counsel for Plaintiff Textron Inc.*

Dated:  April 25, 2005

## **CERTIFICATE OF SERVICE**

I hereby certify that this 25th day of April, 2005, a true and correct copy of the foregoing Plaintiff's Notice of Voluntary Dismissal has been served by U.S. Mail, postage prepaid on the following:

Bradley J. Mortensen, Esq.
Christie, Pabarue, Mortensen & Young
1880 JFK Boulevard -- 10th Floor
Philadelphia, PA  19103-7424

*Counsel for Defendant*

                                             /s/ Michelle C. Jackson
                                             Michelle C. Jackson, Esq.